K&L GATES LLP
Jonathan P. Hersey (Cal. Bar No. 189240)
  jonathan.hersey@klgates.com
1 Park Plaza, 12th Floor
Irvine, California 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

Attorneys for Plaintiff
WF CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WF CAPITAL, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>WILLIAM J. BARKETT and LISA BARKETT,<br><br>        Defendants. | CASE NO. 8:10-MC-00029-UA<br><br>███████ **RENEWAL OF JUDGMENT BY CLERK** |

1        Based upon the application for renewal of judgment and supporting declaration,

2  and pursuant to Federal Rule of Civil Procedure 69(a) and California *Code of Civil*

3  *Procedure* §§ 683.110 through 683.220, and good cause appearing therefor, the

4  judgment of this Court entered in favor of Plaintiff and Judgment Creditor WF Capital,

5  Inc. on December 21, 2010 ("Judgment") against Defendants and Judgment Debtors

6  William J. and Lisa Barkett ("Judgment Debtors") is hereby renewed in the amounts set

7  forth below:

| | | | |
|---|---|---|---|
| a. | Amount of Original Judgment (including pre-judgment interest) | $14,599,046.76 |
| b. | Amount of Attorney's Fees and Costs Awarded on 9/17/2010 | $25,113.50 |
| c. | Subtotal of Original Judgment & Fees | $14,624,160.26 |
| d. | Interest on Subtotal of Original Judgment and Fees at 12% per annum from 12/21/2010 to 12/18/2020 (calculated as $1,754,899.23 of interest per annum x 10 years - 3 days at $4,807.94 per day) | $17,534,568.48 |
| e. | Recoverable costs in Renewed Washington Judgment | $400.00 |
| f. | Total amount of renewed judgment in this District Court (c. + d. + e.) | **$32,159,128.74** |

DATED: 12/23/2020

                By: *Sharon Hall Brown*

                      Clerk of the Court